IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FREDERICK BANKS,

      Plaintiff,

v.                                                                  CASE NO. 1:15-cv-104-MW-GRJ

TIMOTHY PIVNICHNY, et al.,

      Defendants.

_____/

## REPORT & RECOMMENDATION

This case is before the Court on Plaintiff's *pro se* Complaint, and Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs.  Docs. 1, 2. The Court has reviewed the financial affidavit and finds that Plaintiff is unable to pay the costs of this action pursuant to 28 U.S.C. § 1915(a) and therefore leave to proceed *in forma pauperis* is due to be granted for the limited purpose of dismissing this complaint. For the reasons that follow, the undersigned respectfully **RECOMMENDS** that Plaintiff's Complaint be dismissed for failure to state a claim, and because it is frivolous.

### Discussion

From a review of the Court's PACER Case Locator, it is clear that Plaintiff is a frequent and abusive filer, having filed many federal cases previously.  Indeed, Plaintiff filed an identical lawsuit to the instant case on the roughly same day as this case in several different districts, including but not limited to:

- Eastern District of California, Case No. 2:15-cv-1163-MCE-AC;

- District of Connecticut, Case Nos. 3:15-cv-849-JCH and 3:15-cv-826-

CSH;

- Middle District of Georgia, Case Nos. 1:15-cv-95-WLS, 7:15-cv-96-WLS, and 4:15-cv-89-WLS;

- Northern District of Georgia, Case No. 1:15-cv-2065-WSD;

- Southern District of Alabama, Case Nos. 1:15-cv-281-WS-B, and 2:15-cv-864;

- Southern District of Florida, Case No. 1:15-cv-22166-CMA;

- District of Delaware, Case No. 1:15-cv-440-LPS;

- District of Idaho, Case No. 1:15-cv-189-CWD

- District of Alaska, Case No. 3:15-cv-91-RRB;

- Middle District of Florida, Case Nos. 2:15-cv-325 and 8:15-cv-1299-CEH-TBM;

- District of Guam, Case No. 1:15-cv-20;

- Southern District of Georgia, Case No. 2:15-cv-67-LGW-RSB;

- District of Colorado, Case No. 1:15-cv-1141-GPG;

- Middle District of Alabama, Case No. 2:15-cv-369-WKW-SRW;

- Northern District of Illinois, Case No. 1:15-cv-4766

Plaintiff's complaint is nonsensical and does not state a claim.  Briefly, Plaintiff's allegations are that FBI agent Timothy Pivnichny threatened his fiancé and then fixed a machine that was broken and thus set up Plaintiff, and harassed him with a wireless signal.  Defendants allegedly knew that Pivnichny "set up" Plaintiff because Plaintiff wrote to them, but no one investigated the wrongdoing.  Plaintiff alleges this violated his

Fifth and Fourteenth Amendment rights, and violated the Sioux Treaty of Fort Laramie.

As relief, he requests $500,000.  *See* Case No. 1:15-cv-4766 (N.D. Illinois, June 2,

2015) (describing Plaintiff's allegations in an identical case as "fantastic and incredible"

in dismissing pursuant to 28 U.S.C. §1915(e)).

   28 U.S.C. §1915(e) provides that a district court may dismiss a case filed *in*

*forma pauperis* if the court is satisfied that the action is frivolous, malicious, fails to state

a claim upon which relief may be granted, or seeks monetary relief against a defendant

who is immune from suit.  The deficits in Plaintiff's complaint are too many to name,

and every Court passing on his complaint thus far has dismissed it.

   First, the complaint should be dismissed because Plaintiff's allegations are

nonsensical, and the complaint is the hallmark of a shotgun pleading, clearly violating

Fed. R. Civ. P. 8, which requires a short and plan statement of the claim.  Second,

among the many Defendants in this action, Plaintiff is suing the judges of the Middle

District of Florida, who have judicial immunity and are immune from suit.  Third,

Plaintiff's complaint already has been dismissed *with prejudice* by at least one of the

Courts reviewing his complaint.  *See* Doc. 4, Case No. 3:15-cv-91-RRB (District of

Alaska, June 4, 2015) (dismissing complaint with prejudice pursuant to §1915(e)).

There are also at least two pending Report and Recommendations recommending that

Plaintiff's complaint be dismissed with prejudice pursuant to §1915(e). *See* Case Nos.

3:15-cv-849-JCH and 3:15-cv826-CSH (District of Connecticut, June 16 and 17, 2015).

All of these reasons justify the dismissal of Plaintiff's complaint with prejudice.

   Furthermore, the Court concludes that the simultaneous filing of multiple,

identical lawsuits across the judicial districts of the United States amounts to malicious,

harassing conduct, further justifying the dismissal of this complaint with prejudice.

## Conclusion

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's Complaint should

be **DISMISSED WITH PREJUDICE**, and the case closed.  Plaintiff is hereby **WARNED**

that the filing of further frivolous lawsuits may result in sanctions.

**IN CHAMBERS,** this 18th day of June, 2015.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**
        Objections to these proposed findings and recommendations must be filed within fourteen
(14) days after being served a copy thereof.  Any different deadline that may appear on the
electronic docket is for the court's internal use only, and does not control.  A copy of objections
shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or
recommendations as to any particular claim or issue contained in a report and recommendation,
that party waives the right to challenge on appeal the district court's order based on the
unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.