IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**FREDERICK BANKS,**

   **Plaintiff,**

v.                                    Case No.1:15cv104-MW/GRJ

**TIMOTHY PIVNICHNY,**
**et al.,**

   **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND**
**RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED with prejudice**. Plaintiff is warned the filing of further frivolous lawsuits may result in the imposition of sanctions."

1

The Clerk shall close the file.

**SO ORDERED on July 16, 2015.**

                                        **_s/MARK E. WALKER_____**
                                        **United States District Judge**